the Interborough Rapid Transit Company. C. J. Farley, for appellant. L. E. Quigg, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

SCOTT, J., dissents.

---

McSWEGAN, Respondent, v. STEPHAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Julia P. McSwegan against Peter Stephan and others. W. Carmalt, of New York City, for appellants. R. H. Clarke, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

MADISON TRUST CO., Respondent, v. MILGRIM et al., Appellants. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by the Madison Trust Company against Herman Milgrim and another. J. R. Schiff, of New York City, for appellants. J. Quinn, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MAGEE v. NEW YORK TELEPHONE CO. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Mary Magee, as administratrix, against the New York Telephone Company. No opinion. Motion for leave to appeal to Court of Appeals (from 140 N. Y. Supp. 84) granted. Order filed.

---

MALLORY v. EHRLICH. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by David D. Mallory against Jacob M. Ehrlich. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

MALONEY v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Jane E. W. Maloney, as administratrix, against the City of New York and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 794.

---

MALONEY v. SMITH et al. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by Robert W. Maloney, as receiver, etc., against William G. H. Smith and others. No opinion. Judgment affirmed, with costs.

---

MANCHESTER, Appellant, v. BELLINGER, Respondent. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Action by John Manchester against Frank Bellinger. No opinion. Judgment unanimously affirmed, with costs.

---

In re MANHATTAN BRIDGE. (Supreme Court, Appellate Division, First Department. March 14, 1913.) In the matter of the Manhattan Bridge. No opinion. Application granted. Settle order on notice.

---

In re MANHATTAN BRIDGE THREE CENT LINE. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) In the matter of the application of the Manhattan Bridge Three Cent Line for the appointment of commissioners to determine whether its railroad ought to be constructed and operated in certain streets in the borough of Brooklyn, city of New York. No opinion. Motion granted, and Robert H. Wilson, John F. McFarland, and Charles F. Murphy appointed commissioners, and the Brooklyn Citizen designated.

---

MANHATTAN SHIRT CO., Respondent, v. REILING et al., Appellants. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by the Manhattan Shirt Company against Joseph L. Reiling and another. W. S. Deernberg, for appellants. H. H. Maass, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MANN, Respondent, v. WERBA et al., Appellants. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Clara L. Mann against Louis F. Werba and another. H. J. Goldsmith, of New York City, for appellants. N. Burkan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrer and answer on payment of costs. Order filed.

---

MANNING v. SEELIG. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by John F. Manning against Emil Seelig. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 1132.

---

MARQUSEE, Respondent, v. NORFOLK FIRE INS. CORPORATION, Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by Julius Marqusee against the Norfolk Fire Insurance Corporation. F. M. Czaki, of New York City, for appellant. H. Cabell, of New York City, for respondent. With this case has been consolidated in this court cases bearing titles as follows: Kline Bros. & Co. v. Hanover Fire Insurance Co. of New York; Same v. Ottawa Fire Ins. Co.; Same v. Missisquoi & Rouville Mutual Fire Ins. Co.; Same v. Montmagny Mutual Fire Ins. Co. No opinions. Judgments reversed, and new trials ordered, with costs to appellants to abide event, on Royal Ins. Co., Limited, v. Kline Bros. & Co., 198 Fed. 468. Settle orders on notice.